IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:    *
REGAN F. GWIN    *    Misc. No. 25-MC-131
          *
*******

## RESOLUTION

WHEREAS, REGAN F. GWIN IS RETIRING AFTER MORE THAN THIRTY-FOUR YEARS OF SERVICE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND; AND

WHEREAS, REGAN F. GWIN HAS DEMONSTRATED HER COMMITMENT TO THE COURT AND STAFF THROUGH HER DEDICATION, KINDNESS, AND EXEMPLARY SERVICE;

NOW, THEREFORE, BE IT RESOLVED, THIS 31ST DAY OF MARCH 2025, BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THAT THIS COURT HEREBY EXPRESSES ITS GRATITUDE AND APPRECIATION TO REGAN F. GWIN FOR HER SERVICE TO THE UNITED STATES AND TO THIS COURT.

THE CLERK IS DIRECTED TO PREPARE THIS RESOLUTION FOR PRESENTATION TO REGAN F. GWIN AND TO FILE A CERTIFIED COPY AMONG THE RECORDS OF THIS COURT.



GEORGE L. RUSSELL III, CHIEF JUDGE